**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 06-7674**

---

ANTHONY L. BRADLEY,

                                        Plaintiff - Appellant,

        and

ISTIVAN CLEVONDON DOUGLAS,

                                        Plaintiff,

        versus

ERNEST R. SUTTON, Superintendent of Pasquotank
Correctional Institute,

                                        Defendant - Appellee,

        and

MICHAEL F. EASLEY, Governor; THEODIS BECK,
Secretary, NC Department of Correction; DUPLIN
COUNTY MINIMUM CUSTODY CORRECTIONAL CENTER,

                                        Defendants.

---

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Malcolm J. Howard, Senior
District Judge. (5:05-ct-00248-H)

---

Submitted: April 26, 2007          Decided: May 1, 2007

---

Before WILLIAMS, MICHAEL, and SHEDD, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

———————————

Anthony L. Bradley, Appellant Pro Se. Yvonne Bulluck Ricci, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony L. Bradley appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm substantially for the reasons stated by the district court.[*] Bradley v. Sutton, No. 5:05-ct-00248-H (E.D.N.C. Sept. 12, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*]Specifically, Bradley failed to exhaust his administrative remedies relative to the claims that are the subject of the instant action.